IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ACCURUS AEROSPACE CORPORATION and ACCURUS AEROSPACE WICHITA, LLC, | § § § § | |
| Defendants and Counterclaim Plaintiffs-Below, Appellants/ Cross-Appellees, | § § § § | No. 20, 2020 |
| v. | § § | Court Below: Court of Chancery of the State of Delaware |
| BRADLEY E. JULIUS, | § § | |
| Plaintiff and Counterclaim Defendant-Below, Appellee/ Cross-Appellant, | § § § § | C.A. No. 2017-0632 |
| and | § § | |
| ZTM, INC., THE KELLEY JULIUS REVOCABLE TRUST, and THE BRADLEY JULIUS REVOCABLE TRUST, | § § § § § | |
| Counterclaim Defendants-Below, Appellees/Cross-Appellants. | § § | |

Submitted: November 4, 2020
Decided: November 9, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES**, Justices.

This 9th day of November, 2020, having considered this matter on the briefs and the oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated October 31, 2019, and the Stipulation and Final Order and Judgment and Stay Pending Appeal, dated December 18, 2019;

NOW, THEREFORE, IT IS ORDERED that the decision of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice